UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Richmond Division

KEITH ENROUGHTY,

    Plaintiff,

vs.                                                  Civil Case No. 3:12-CV-872-JAG

STAPLES MILL PROPERTIES, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Kenneth Enroughty, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Staples Mills Properties, LLC, without prejudice.

Dated this the 26th day of March 2013.

                                         /s/ Jonathan H. Walker
                                         Jonathan H. Walker
                                         Virginia Bar No. 24300
                                         Mason, Mason, Walker & Hedrick, PC
                                         11848 Rock Landing Dr, #201
                                         Newport News, VA 23606
                                         Telephone: (757) 873-3909
                                         Facsimile: (757) 873-1781
                                         jwalker@masonwalker.com
                                         *Local Counsel for Plaintiff*

                                         /s/ Michael A. Chester
                                         Michael A. Chester
                                         Alabama Bar No. ASB-3904-L74C
                                         Schwartz Roller & Zwilling
                                         600 Vestavia Pkwy., Suite 251
                                         Birmingham, AL 35216
                                         Telephone: (205) 822-2701
                                         Facsimile: (205) 822-2702
                                         mchester@szalaw.com
                                         *Pro Hac Vice Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that on this, the 26th day of March, 2013, I will electronically file the foregoing Notice of Voluntary Dismissal Without Prejudice on via the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Jonathan H. Walker
Virginia Bar No. 24300
Mason, Mason, Walker & Hedrick, PC
11848 Rock Landing Dr., Suite 201
Newport News, VA 23606
jwalker@masonwalker.com
*Local Counsel for the Plaintiff*

Michael A. Chester
Alabama Bar No. ASB-3904-L74C
Schwartz Roller & Zwilling
600 Vestavia Pkwy., Suite 251
Birmingham, AL 35216
mchester@szalaw.com
*Pro Hac Vice Lead Counsel for the Plaintiff*

/s/ Jonathan H. Walker
Jonathan H. Walker
Virginia Bar No. 24300
Mason, Mason, Walker & Hedrick, PC
11848 Rock Landing Dr., Suite 201
Newport News, VA 23606
Telephone: (757) 873-3909
Facsimile: (757) 873-1781
jwalker@masonwalker.com
*Local Counsel*

/s/ Michael A. Chester
Michael A. Chester
Alabama Bar No. AB-3904-L74C
Schwartz Roller & Zwilling
600 Vestavia Pkwy., Suite 251
Birmingham, AL 35216
Telephone: (205) 822-2701
Facsimile: (205) 822-2702
mchester@szalaw.com
*Pro Hac Vice Lead Counsel for the Plaintiff*